SCPR-17-0000460

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

JOHN S. CARROLL,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case Nos. 15-020-9239, 15-038-9257)

ORDER GRANTING IN PART MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent John S. Carroll's motion for reconsideration, filed on July 10, 2017, the document attached thereto and submitted in support thereof, Petitioner Disciplinary Board of the Hawaiʻi Supreme Court's recommendation that Respondent's resignation be effective October 31, 2017, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is granted in part as follows:

1. The effective date of Respondent's resignation, as set forth in this court's June 30, 2017 order allowing resignation in lieu of discipline, is extended to September 30, 2017.

2.	Respondent shall comply with the requirements of RSCH Rule 2.16.

3.	No later than September 30, 2017, Respondent shall submit to the Clerk of this Court the original certificate evidencing his license to practice law in this jurisdiction or an affidavit establishing good cause for his failure to do so.  Upon receipt of the original certificate evidencing Respondent's license to practice law in this jurisdiction or affidavit as set forth herein, the Clerk of this Court shall remove Respondent's name from the role of attorneys licensed to practice law in this jurisdiction.

4.	In all other respects, this court's June 30, 2017 order remains in effect.

DATED: Honolulu, Hawaiʻi, July 19, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

